**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Adam Ian Martin <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6184 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–20861–MBK | |

## Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Adam Ian Martin
aka Tara Suzanne Poplaski

8/25/17                                                    **By the court:**   Michael B. Kaplan
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                 Case No. 17-20861-MBK
Adam Ian Martin                                                        Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 3                  Date Rcvd: Aug 25, 2017
                               Form ID: 318                Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Adam Ian Martin,    572 Duchess Court,    Toms River, NJ 08753-4562
516850273     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Honda Financial Services,     P.O. Box 65507,    Wilmington, DE 19808)
516850250      +AT & T,    Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516850248      +American Honda Finan,    201 Little Falls Dr,    Wilmington, DE 19808-1674
516850249      +American Honda Finance Cop,    c/o Synergetic Communication,    5450 N.W. Central #220,
                Houston, TX 77092-2061
516850251      +Atlantic Ambulatory Anesthesia,    P.O. Box 188,    Little Silver, NJ 07739-0188
516850253      +BC Medical Care, LLC,    1747 Hooper Ave, Unit 8,    Toms River, NJ 08753-8130
516850254      +Capital One Bank,    c/o Lyons, Doughty & Veldhuis, P.C.,     P. O. Box 1269,
                Mount Laurel, NJ 08054-7269
516850256      +Center for Oral & Maxillofacial Surgery,     1125 State Route 35,    Asbury Park, NJ 07712-4043
516850259      +Community EMA,    c/o B&B Collection,    P.O. Box 2137,    Toms River, NJ 08754-2137
516850258       Community Ema,    Po Box 417442,    Boston, MA 02241-7442
516850260      +Corinthain Doctors Group,    130 Jfk Dr,    Atlantis, FL 33462-1141
516850261      +Dominico Latilla,    26 Irving Terrace,    Bloomfield, NJ 07003-3811
516850265      +EMA,    Community EMA,    PO Box 417442,    Boston, MA 02241-7442
516850263      +Eastern Dental of Toms River,     1228 Route 37 West,    Toms River, NJ 08755-4811
516850264      +Elbaum, Krost & Elbaum, DDS PA,    501 Iron Bridge Road,     Suite 14,   Freehold, NJ 07728-5305
516850268      +First Premier Ba,    Asset Recovery Solution,    2200 E. Devon Ave Suite 200,
                Des Plaines, IL 60018-4501
516850270      +Foreclosure Processing Services,    Superior Court Clerk,     PO Box 971,   Trenton, NJ 08625-0971
516850271      +Gastroenterologists of Ocean County,     477 Lakehurst Road,    Toms River, NJ 08755-6342
516850272      +Genesis House Recovery Residence,     P.O. Box 5978,    Lake Worth, FL 33466-5978
516850275      +JCP&L,    P.O. Box 3687,    Akron, OH 44309-3687
516850276      +Jersey Central Fcu,    23 North Ave E,    Cranford, NJ 07016-2196
516850277      +Jersey Shore Funding,    P.O. Box 147,    Oakhurst, NJ 07755-0147
516850279      +KML Law Group,    216 Haddon Ave Ste 406,    Specialized Loan Servi,
                Collingswood, NJ 08108-2812
516850278      +Kimball EMA,    Po Box 417442,    Boston, MA 02241-7442
516850280      +Labcorp of America,    P.O. Box 2240,    Burlington, NC 27216-2240
516850283      +Marcus Law LLC,    1500 Allaire Ave,    Suite 101,    Asbury Park, NJ 07712-7603
516850284      +Medical Radiology Group,    P.O. Box 11268,    Lancaster, PA 17605-1268
516850285       Monmouth Medical Center Southern Campus,     PO Box 29965,    New York, NY 10087-9965
516850286      +Monmouth Ocean Hospital Service Corp.,     4806 Megill Road,    Suite 3,   Neptune, NJ 07753-6926
516850291       NJ E-ZPass,    Violation Processing Center,    PO Box 52005,    Newark, NJ 07101-8205
516850288      +New Century Financial Service,    C/O Pressler & Pressler,     7 Entin Road,
                Parsippany, NJ 07054-5020
516850290      +New Jersey Turnpike Authority,    NJ E-Z Pass Violations Processing Center,    PO Bo 52005,
                Newark, NJ 07101-8205
516850293      +Ocean County Sheriff's Office,    120 Hooper Avenue,    Toms River, NJ 08753-7606
516850294       Ocean Pathology, PA,    P. O. Box 60100,    Charleston, SC 29419-0100
516850296      +Omnia Diagnostics LLC,    P.O. Box 2183,    Hicksville, NY 11802-2183
516850295      +Omnia Diagnostics LLC,    P.O. Box 1687,    Lake Worth, FL 33460-1687
516850297      +PNC Bank,    c/o NCB Management Services,    P.O. Box 1099,    Langhorne, PA 19047-6099
516850298      +PNc Bank,    Consumer Loan Center,    Mailstop: P5-PCLC-A1-R,    2730 Liberty Avenue,
                Pittsburgh, PA 15222-4704
516850300      +Portfolio Recovery Assoc,    c/o Craner, Satkin, Scheer & Schwartz,    320 Park Avenue,
                Scotch Plains, NJ 07076-1100
516850301      +QBE Insurance Corp,    P.O. Box 961291,    Fort Worth, TX 76161-0291
516850302      +QVC,    c/o Penn Credit Corp.,    916 S. 14th Street,    P.O. Box 988,   Harrisburg, PA 17108-0988
516850303      +QVC,    P.O. Box 659707,    San Antonio, TX 78265-9707
516850304      +Retro Fitness Toms River,    c/o 1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
516850306      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516850305      +Specialized Loan Servi,    KML Law Group,    216 Haddon Ave Ste 406,
                Collingswood, NJ 08108-2812
516850307      +Stafford Surgical Specialists, LLC,     201 West Passaic St,    Ste 201,
                Rochelle Park, NJ 07662-3128
516850308      +Toms River MUA,    340 West Water Street,    Toms River, NJ 08753-6533
516850309      +Toms River Tax Collector,    P.O. box 607,    Toms River, NJ 08754-0607
516850310      +Township of Toms River,    P.O. box 983113,    Boston, MA 02298-3113
516850311       Township of Toms River,    Collector of Taxes,    PO Box 607,    Toms River, NJ 08754-0607
516850312      +Township of Toms River,    PO Box 868,    Voorhees, NJ 08043-0868
516850313      +United Clinical Laboratory LLC,    2257 Vista Pkwy Suite 2,    West Palm Beach, FL 33411-2725
516850314       United Water Toms River,    Payment Center,    P. O. Box 371804,    Pittsburgh, PA 15250-7804
516850315      +Verizon,    c/o Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
516850319      +Zzounds,    8 Thornton Rd,    Oakland, NJ 07436-3116
516850318      +Zzounds,    c/o Professional Credit Analysts,    P.O. Box 99,    New Ulm, MN 56073-0099
```

```
District/off: 0312-3          User: admin                Page 2 of 3           Date Rcvd: Aug 25, 2017
                              Form ID: 318               Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr                +EDI: QDESTRAFFI.COM Aug 25 2017 23:08:00      Daniel E Straffi,    Straffi & Straffi, LLC,
                   670 Common Way,    Toms River, NJ 08755-6431
smg                E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:54       U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 23:20:50       United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516850252         +EDI: BANKAMER.COM Aug 25 2017 23:08:00      Bank of America Home Loans,    PO Box 5170,
                   Simi Valley, CA 93062-5170
516850255          EDI: CAPITALONE.COM Aug 25 2017 23:08:00      Capital One Bank Usa N,    15000 Capital One Dr,
                   Richmond, VA 23238
516850257         +EDI: SWCR.COM Aug 25 2017 23:08:00      Comcast,   c/o Sw Crdt Sys,    4120 International Parkway,
                   Carrollton, TX 75007-1957
516850262         +E-mail/Text: e.salmons@doveroilcompany.com Aug 25 2017 23:20:55       Dover Oil Co.,
                   239 Dover Road,    Toms River, NJ 08757-5142
516850266         +E-mail/Text: bknotice@erccollections.com Aug 25 2017 23:20:57       Enhanced Recovery Co L,
                   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516850269         +EDI: AMINFOFP.COM Aug 25 2017 23:08:00      First Premier Bank,    601 S Minnesota Ave,
                   Sioux Falls, SD 57104-4868
516850274         +EDI: HFC.COM Aug 25 2017 23:08:00      Hsbc Bank,    Po Box 9,   Buffalo, NY 14240-0009
516850267          EDI: JEFFERSONCAP.COM Aug 25 2017 23:08:00      First Premier,    co Bank Jefferson Capital,
                   16 McLeland Rd,    Saint Cloud, MN 56303
516850281         +E-mail/Text: jgoley@leadersfc.com Aug 25 2017 23:20:44       Leaders Financial Co,
                   21 Commerce Dr Fl 1,    Cranford, NJ 07016-3519
516850282         +E-mail/Text: jgoley@leadersfc.com Aug 25 2017 23:20:44       Leaders Financial Comp,
                   21 Commerce Dr Fl 1,    Cranford, NJ 07016-3519
516850292         +E-mail/Text: MPolis@njtransit.com Aug 25 2017 23:21:41       NJ Transit,   P.O. Box 1549,
                   Newark, NJ 07101-1549
516850287         +E-mail/PDF: bankruptcy@ncfsi.com Aug 25 2017 23:24:32       New Century Financial,
                   110 S Jefferson Rd,    Whippany, NJ 07981-1038
516850289         +EDI: RMCB.COM Aug 25 2017 23:08:00      New Jersey E-Z Pass,    c/o RMCB,   P.O. Box 1235,
                   Elmsford, NY 10523-0935
516850299          EDI: PRA.COM Aug 25 2017 23:08:00      Portfolio Recovery,    PO Box 12914,   Norfolk, VA 23541
516850316         +EDI: DCI.COM Aug 25 2017 23:08:00      Verizon,    c/o Diversified Consultants,   P.O. Box 551268,
                   Jacksonville, FL 32255-1268
516850317         +EDI: VERIZONCOMB.COM Aug 25 2017 23:08:00      Verizon,    P.O. Box 4833,
                   Trenton, NJ 08650-4833
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             +Daniel E Straffi,    Straffi & Straffi, LLC,    670 Common Way,    Toms River, NJ 08755-6431
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
          Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net,
           dstraffi@ecf.epiqsystems.com
          Daniel E Straffi     dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee for The Certificateholders of The CWABS, Inc., Asset-Backed Certificates, Series
           2006-15 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Aug 25, 2017
                              Form ID: 318             Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
         William H. Oliver, Jr.    on behalf of Debtor Adam Ian Martin bkwoliver@aol.com, r59915@notify.bestcase.com

                                                                                         TOTAL: 5