WILLIAM H. OLIVER, JR.

Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500 – Fax (732) 775-7404
Attorney for Debtor Adam Martin

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Adam Martin<br><br>Debtors | Case No. 17-20861-MBK<br><br>Chapter 7 Bankruptcy<br><br>**NOTICE OF MOTION TO AVOID LIENS UNDER 11 USC 522(f) AND CANCEL LIEN OF JUDGMENT** |

TO:    Dan Straffi
STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755

Adam Martin
572 Duchess Court
Toms River, NJ 08753

New Century Financial
c/o Pressler & Pressler
7 Entin Road
Parsippany NJ 07054

Portfolio Recovery Assoc
c/o Craner Satkin, Sheer
PO Box 367
Scotch Plains, NJ 07076

New Century Financial
110 S Jefferson Rd
Whippany, NJ 07981

Portfolio Recovery Assoc
120 Corporate Blvd.
Norfolk VA 23502

**PLEASE TAKE NOTICE** that the undersigned will apply to the United States Bankruptcy Court

located in Trenton, New Jersey on **Monday, September 25, 2017 at 10:00 a.m.,** for an Order

avoiding judicial liens on residential real estate owned by debtor.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the undersigned shall rely

on a Certification which is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, the undersigned maintains that no brief is necessary because the issues involved are not complex or novel.  Movant relies on clear statutory language as the basis for relief and the moving papers give adequate notice of movant's theory of relief and relevant facts.  Pursuant to Local Rule 1:6-2 oral argument is hereby waived.

Dated:  August 28, 2017

/s/ William Oliver, Jr. Esq
WILLIAM H. OLIVER, JR.
Attorney for Debtor, Adam Martin

2

WILLIAM H. OLIVER, JR.

2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500 – Fax (732) 775-7404
Attorney for Debtor, Adam Martin

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re:<br>Adam Martin<br><br>       Debtor | Case No.  17-20861-MBK<br><br>Chapter 7 Bankruptcy<br><br>**CERTIFICATION   IN   SUPPORT<br>MOTION TO AVOID LIENS UNDER<br>11 USC 522(f) AND CANCEL LIEN OF<br>JUDGMENT** |

WILLIAM H. OLIVER, JR., ESQ., does hereby certify as follows:

I am the attorney representing the debtor, Adam Martin his Chapter 7 Bankruptcy.

    1.  On May 26, 2017, the debtor in the above matter filed a petition in bankruptcy

under the Federal Bankruptcy Code, Chapter 7, Case No. 17-20861 in the Federal Bankruptcy

Court, Trenton, New Jersey.  Copy of the Notice of Commencement of case is attached hereto

and labeled *Exhibit "A"*.

    2.  Debtor is a one-third owner of his residential property located at 572 Duchess

Court, Toms River, NJ 08753.

    3.    New Century obtained judgment against the debtors in the Ocean County

Superior Court, Special Civil, Law Division, which was docketed as Judgment No. DJ-342105-

2011 on 6/30/2011 and docketed 12/27/2011 in the amount of $547.19, interest in the amount

of $1.21, costs in the amount of $64.93 and DCKG in the amount of $ 10.00 against the debtor

as  *Exhibit "B"*.

4.    Portfolio Recovery obtained judgment against the debtor in the Ocean County Superior Court, Special Civil, Law Division, which was docketed as Judgment No. DJ-103453-2012 on 10/25/2011 and docketed 5/16/2012 in the amount of $1417.09, interest in the amount of $3.71, costs in the amount of $82.34 and DCKG in the amount of $10.00 against the debtor as **Exhibit "C".**

2.    Said creditors were listed in the bankruptcy petition.  A copy of Schedule F and the Creditor Matrix is attached hereto as **Exhibit "D".**

3.    This action is brought under 11 USC 522(f) to avoid the lien of judgments that interfere with the Debtor's exemptions.

4.    The Debtor requests an Order that lien of judgments are avoided and directing the clerk of the court in which said judgment was entered to cancel and discharge same by entering on the record or in the margin of the record of the judgment that same has been canceled and discharged by Order of the Court.

In Schedule A of the Bankruptcy Petition, the debtor owns  real estate located at 572 Duchess Court, Toms River, NJ 08753 as follows:

| | |
|---|---|
| 572 Duchess Court, Toms River, NJ 08753 ($240,563 COS) | $ 209,289.81 |
| Less 1st Mortgage : | $274,705.00 |
| | |
| Total deductions: | -$ 65,415.19 |

There is therefore no equity in debtor's real estate for which any liens could attach in the bankruptcy. The lien, therefore, can be discharged in the bankruptcy proceeding pursuant to 11 USC §522(h) 544 AND 545

5. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 28, 2017          /s/William H. Oliver, Jr.
                                WILLIAM H. OLIVER, JR.
                                **Attorney for Defendant Debtor, Adam Martin**

# *Exhibit "A"*

## Open Voluntary Bankruptcy Case

### U.S. Bankruptcy Court

### District of New Jersey

Notice of Bankruptcy Case Filing

The following transaction was received from William H. Oliver, Jr. entered on 5/26/2017 at 12:56 PM
EDT and filed on 5/26/2017
**Case Name:**       Adam Ian Martin
**Case Number:**     17-20861
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition Filed by William H. Oliver, Jr. on behalf of Adam Ian Martin. (Oliver,
Jr., William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\ECF\Martin, Ada, Ian\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=5/26/2017] [FileNumber=47464502-
0] [8022f899551e441e683089b3899f286a58946bae85d509c4ae290b710ae3d2f0a2
234bb043700583e053bd47c18b3b028796a3c1e64cc695de36b0db66a3e036]]

**17-20861 Notice will be electronically mailed to:**

William H. Oliver, Jr. on behalf of Debtor Adam Ian Martin
bkwoliver@aol.com

U.S. Trustee.
USTPRegion03.NE.ECF@usdoj.gov

**17-20861 Notice will not be electronically mailed to:**

*Exhibit "B"*

RN17-209-01657          RE: MARTIN ADAM                          1
988-1500-20

SUPERIOR COURT OF NEW JERSEY

JUDGMENT: J-064033-2011                    CASE NUMBER: CS  822831  53B
DATE ENTERED: 03/02/11                     DATE OF BIRTH: 01/11/82
ACTION: CHILD SUPPORT
VENUE: ATLANTIC
  CREDITOR(S):
        AMANDA K MARTIN ,ORIGINAL DOCKET - FD-01-000688-11
  ATTY FOR CR.: PRO SE
  DEBTOR(S):
        ADAM W MARTIN ,PRO SE
        800 E MOSS MILL RD, GALLOWAY, NJ 08205-4216
                    --------------
  The debt amount varies from date to date. If you wish to know
  the current details, please contact: 1-877-NJ-KIDS1 (1-877-655-4371)
  or www.njchildsupport.org
                    *** End of Abstract ***


SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-342105-2011            CASE NUMBER: DC  007670  11
DATE DOCKETED: 12/27/11           DATE OF JUDGMENT IN S.C.P.: 06/30/11
TYPE OF ACTION: CONTRC-REG
VENUE: OCEAN

                                         DEBT: $         547.19
                                        COSTS: $          64.93
                                          OTH: $           8.11
                                          INT: $           1.21
                                         DCKG: $          10.00
  CREDITOR(S):
        NEW CENTURY FINANCIAL SERVICES
                110 S JEFFERSON RD, WHIPPANY, NJ 07981
              ATTORNEY: PRESSLER & PRESSLER
                        7 ENTIN RD
                        PARSIPPANY NJ 07054
                        973-753-5100
  DEBTOR(S):
        ADAM MARTIN
                572 DUCHESS CT, TOMS RIVER, NJ 08753
              ATTORNEY: PRO SE
                    ----------------
                    *** End of Abstract ***

*Exhibit "C"*

RN17-209-01657          RE: MARTIN ADAM                          2
988-1500-20


                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-103453-2012              CASE NUMBER: DC  005597  11
DATE DOCKETED: 05/16/12          DATE OF JUDGMENT IN S.C.P.: 10/25/11
TYPE OF ACTION: CONTRC-REG
VENUE: OCEAN
                                        DEBT: $      1,417.09
                                       COSTS: $         82.34
                                         INT: $          3.71
                                        DCKG: $         10.00
   CREDITOR(S):
        PORTFOLIO RECOVERY ASSOCIATES
                  320 PARK AV, SCOTCH PLAINS, NJ 07076
             ATTORNEY: CRANER SATKIN SCHEER ET AL
                       320 PARK AV
                       PO BOX 367
                       SCOTCH PLAINS NJ 07076
                       908-322-2333
   DEBTOR(S):
        ADAM MARTIN
                  572 DUCHESS CT, TOMS RIVER, NJ 08753
             ATTORNEY: PRO SE
                  ---------------
                  *** End of Abstract ***




                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-030206-2014
DATE DOCKETED: 02/19/14
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                      DEBT: $      878.00
   CREDITOR(S):
        MOTOR VEHICLE COMMISSION ,DMV AUTOMATED SURCHARGE
             ATTORNEY: PRO SE
   DEBTOR(S):
        ADAM J GLORE-MARTIN , DRIVERS LICENSE # = GXXXX0087107882 DOB: 07/18/1988
                  124 HEATHER AV, PRINCETON, NJ 08540-7605
             ATTORNEY: PRO SE
                  ---------------
             ADAM J GLORE ADDED TO OUR INDEX.
             ADAM J MARTIN ADDED TO OUR INDEX.
                  *** End of Abstract ***

*Exhibit "D"*

Debtor 1    **Adam Ian Martin**                                    Case number (if know)    **17-20861**

---

| 4.32 | **Monmouth Ocean Hospital Service Corp.** | Last 4 digits of account number    **8545** | **$2,979.00** |

Nonpriority Creditor's Name

**4806 Megill Road**
**Suite 3**
**Neptune, NJ 07753**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.33 | **New Century Financial** | Last 4 digits of account number    **7011** | **$546.00** |

Nonpriority Creditor's Name

**110 S Jefferson Rd**
**Whippany, NJ 07981**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.34 | **New Jersey Turnpike Authority** | Last 4 digits of account number    **9301** | **$54.60** |

Nonpriority Creditor's Name

**NJ E-Z Pass Violations Processing Center**
**PO Bo 52005**
**Newark, NJ 07101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Adam Ian Martin**
_____
Case number (if know)   **17-20861**

| 4.41 | **Portfolio Recovery** | Last 4 digits of account number   **8805** | $536.91 |
|------|------------------------|---------------------------------------------|---------|

Nonpriority Creditor's Name
**PO Box 12914**
**Norfolk, VA 23541**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.42 | **Portfolio Recovery Assoc** | Last 4 digits of account number   **9711** | $1,417.00 |
|------|------------------------------|---------------------------------------------|-----------|

Nonpriority Creditor's Name
**c/o Craner, Satkin, Scheer &**
**Schwartz**
**320 Park Avenue**
**Scotch Plains, NJ 07076**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.43 | **QBE Insurance Corp** | Last 4 digits of account number   **5291** | $1,030.45 |
|------|------------------------|---------------------------------------------|-----------|

Nonpriority Creditor's Name
**P.O. Box 961291**
**Fort Worth, TX 76161**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

KML Law Group
216 Haddon Ave Ste 406
Specialized Loan Servi
Collingswood, NJ 08108


Labcorp of America
P.O. Box 2240
Burlington, NC 27216


Leaders Financial Co
21 Commerce Dr Fl 1
Cranford, NJ 07016


Leaders Financial Comp
21 Commerce Dr Fl 1
Cranford, NJ 07016


Marcus Law LLC
1500 Allaire Ave
Suite 101
Asbury Park, NJ 07712


Medical Radiology Group
P.O. Box 11268
Lancaster, PA 17605


Monmouth Medical Center Southern Campus
PO Box 29965
New York, NY 10087-9965


Monmouth Ocean Hospital  Service Corp.
4806 Megill Road
Suite 3
Neptune, NJ 07753


New Century Financial
110 S Jefferson Rd
Whippany, NJ 07981


New Century Financial Service
C/O Pressler & Pressler
7 Entin Road
Parsippany, NJ 07054

Portfolio Recovery
PO Box 12914
Norfolk, VA 23541


Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502


Portfolio Recovery Assoc
c/o Craner, Satkin, Scheer & Schwartz
320 Park Avenue
Scotch Plains, NJ 07076


QBE Insurance Corp
P.O. Box 961291
Fort Worth, TX 76161


QVC
c/o Penn Credit Corp.
916 S. 14th Street
P.O. Box 988
Harrisburg, PA 17108


QVC
P.O. Box 659707
San Antonio, TX 78265


Retro Fitness Toms River
c/o 1st Crd Srvc
377 Hoes Lane
Piscataway, NJ 08854


Specialized Loan Servi
KML Law Group
216 Haddon Ave Ste 406
Collingswood, NJ 08108


Specialized Loan Servi
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129


Stafford Surgical Specialists, LLC
201 West Passaic St
Ste 201
Rochelle Park, NJ 07662

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

WILLIAM H. OLIVER, JR.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753
(732) 988-1500 – Fax (732) 775-7404
Attorney for Debtors, Adam Martin

| | |
|---|---|
| In Re:<br><br>Adam Martin<br> Debtor | Case Number: _____17-20861-MBK_____<br><br>Hearing Date: _Sept 25, 2017 - 10:00am_<br><br>Judge: _____Michael B Kaplan_____<br><br>Chapter: 7 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☑ | Followed | ☐ | Modified |

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____ 572 Duchess Court, Toms River, NJ 08753 _____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.    New Century Financial DJ 342105-2011 DC007670-11 _____

2.    Portfolio Recovery Associates  DJ 103453-2012  DC005597-11 _____

3.    _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*