# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:  :  Case no.: __17-20861__

Adam Ian Martin  :  Chapter: __7__

:  Judge: __Kaplan__

Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
572 Duchess Court Toms River NJ.

JEANNE A. NAUGHTON, Clerk

Date: 9/13/2017         By: Gary A. Nau

*rev.2/10/17*