UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

WILLIAM H. OLIVER, JR.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500 – Fax (732) 775-7404
Attorney for Debtors, Adam Martin

In Re:

Adam Martin
　　　　　Debtor

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 17-20861-MBK

Hearing Date: Sept 25, 2017 - 10:00am

Judge: Michael B Kaplan

Chapter: 7

Recommended Local Form:　☒ Followed　　☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: September 27, 2017**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____ 572 Duchess Court, Toms River, NJ 08753 _____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. New Century Financial DJ 342105-2011 DC007670-11

2. Portfolio Recovery Associates DJ 103453-2012 DC005597-11

3. _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

rev.8/1/15

2