UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WILLIAM H. OLIVER, JR.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500 – Fax (732) 775-7404
Attorney for Debtors, Adam Martin

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Adam Martin
          Debtor

Case Number: 17-20861-MBK

Hearing Date: Sept 25, 2017 - 10:00am

Judge: Michael B Kaplan

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: September 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____ 572 Duchess Court, Toms River, NJ 08753 _____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. ___New Century Financial DJ 342105-2011 DC007670-11_____

2. ___Portfolio Recovery Associates DJ 103453-2012 DC005597-11_____

3. _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Adam Ian Martin  
       Debtor

Case No. 17-20861-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 27, 2017  
                        Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.  
db          +Adam Ian Martin,   572 Duchess Court,   Toms River, NJ 08753-4562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:  
          Daniel E Straffi   on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com  
          Daniel E Straffi   dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com  
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders of The CWABS, Inc., Asset-Backed Certificates, Series 2006-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William H. Oliver, Jr.   on behalf of Debtor Adam Ian Martin bkwoliver@aol.com, r59915@notify.bestcase.com  
                                                                                                        TOTAL: 5