Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–20861–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Adam Ian Martin
  aka Tara Suzanne Poplaski
  572 Duchess Court
  Toms River, NJ 08753

Social Security No.:
  xxx–xx–6184

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 12, 2017</u>      <u>Michael B. Kaplan</u>
                                     Judge, United States Bankruptcy Court